UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Violeta Dushaj,

          Plaintiff,        Case No. 19-cv-10226

v.                                    Judith E. Levy
                                    United States District Judge

Mayco International LLC,
                                    Mag. Judge Elizabeth A. Stafford

          Defendant.

_____/

**OPINION AND ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL FOR PLAINTIFF [15]**

On September 25, 2019, Attorney Scott P. Batey filed a motion to withdraw as counsel for Plaintiff Violeta Dushaj. (ECF No. 15.) On September 26, 2019, Defendant filed a response stating that Defendant has no objection to Batey's motion. (ECF No. 16.) Batey alleges "a total breakdown in the attorney-client relationship to the extent that Plaintiff's counsel can no longer represent Plaintiff." (ECF No. 15, PageID.60.) The Court finds Batey's allegations to satisfy the "good cause" standard required for withdrawal. *See Ambrose v. Detroit Edison Co.*, 65 Mich. App. 484, 488 (1975). The Court **GRANTS** Batey's motion

to withdraw as counsel for Plaintiff. This case is **STAYED** for thirty days to permit Plaintiff to find new counsel. Batey is **ORDERED** to provide a copy of this order to Plaintiff. If Plaintiff does not find new counsel within thirty days, Plaintiff is **ORDERED** to inform the Court, by no later than November 8, 2019, whether she wishes to voluntarily dismiss the case or proceed without counsel.

IT IS SO ORDERED.

Dated: October 6, 2019　　　　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 6, 2019.

　　　　　　　　　　　　　　　　　s/Shawna Burns
　　　　　　　　　　　　　　　　　SHAWNA BURNS
　　　　　　　　　　　　　　　　　Case Manager