# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Violeta Dushaj,

        Plaintiff,        Case No. 19-10226

v.        Judith E. Levy
        United States District Judge

Mayco International, LLC,

        Mag. Judge Elizabeth A.
        Defendant(s).  Stafford

_____/

# OPINION AND ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE [19]

This is an employment discrimination and retaliation case brought under the Family Medical Leave Act and the Michigan Elliott-Larsen Civil Rights Act. (ECF No. 1.) Plaintiff was initially represented by counsel when she filed suit on January 23, 2019. On September 25, 2019, Plaintiff's attorney Scott Batey filed a motion to withdraw as counsel. (ECF No. 16.) The Court granted Attorney Batey's motion on October 6, 2019. (ECF No. 17).

The Court's October 6 Order stayed proceedings for 30 days to allow Plaintiff to find new counsel. If Plaintiff did not find new counsel,

Plaintiff was ordered to notify the Court on or before November 8, 2019 whether she wished to proceed without counsel or voluntarily dismiss her case.

By November 13, 2019, Plaintiff had yet to notify the Court. The Court issued an Order to Show Cause for Failure to Prosecute, giving Plaintiff a final deadline of November 25, 2019 to advise the Court as to the status of Plaintiff's representation and how she wished to proceed. Plaintiff failed to meet this second deadline and, to date, has not provided the Court with any update regarding this case.

Accordingly, the Court dismisses Plaintiff's case without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: December 5, 2019       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 5, 2019.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager