## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Violeta Dushaj,

                Plaintiff,       Case No. 19-10226

v.

                                 Judith E. Levy

Mayco International, LLC,       United States District Judge

              Defendant(s).  Mag. Judge Elizabeth A. Stafford

_____/

### JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed without prejudice.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                    By:   s/William Barkholz
                              DEPUTY COURT CLERK

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE